IN THE COURT OF APPEALS OF MARYLAND


No.54


September Term, 2016

_____


STATE OF MARYLAND


v.


GRASON E. LAPOLE


_____



Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

                    JJ.



_____



PER CURIAM ORDER


_____



Filed: November 22, 2016

_____

STATE OF MARYLAND                    *     IN THE

                                     *     COURT OF APPEALS

        v.                           *     OF MARYLAND

                                     *     No. 54

GRASON E. LAPOLE                     *     September Term, 2016


## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and a motion for reconsideration having been filed thereafter, it is this 22nd day of November, 2016,

ORDERED, by the Court of Appeals of Maryland, that the motion for reconsideration be, and it is hereby, granted, and it is further

ORDERED that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


                                    /s/ Mary Ellen Barbera
                                          Chief Judge